**Order entered June 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00824-CR

**STEVEN LEE GORDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81751-2013**

## ORDER

Appellant Steven Lee Gordon's request for a transcript of the hearing from oral argument

is **DENIED**.

/Ada Brown/
ADA BROWN
JUSTICE